*MHW*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

MAR 2 8 2008 *aew*
3-28-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

United States of America ex rel.                )
                                                )
**JOSE BARAJAS, #K-72799**                      )
(Full name and prison number)                   )
(Include name under which convicted)            )
                                                )
PETITIONER                                      )
                                                )          08cv1809
                                                )          JUDGE GUZMAN
        vs.                                     )          MAG. JUDGE ASHMAN
                                                )
**DANIAL AUSTIN**                               )
(Warden, Superintendent, or authorized          )
person having custody of petitioner)            )
                                                )
RESPONDENT, and                                 )
                                                )
                                                )
(Fill in the following blank _only_ if judgment )
attacked imposes a sentence to commence         )
in the future)                                  )
                                                )
ATTORNEY GENERAL OF THE STATE OF                )    Case Number of State Court Conviction:
                                                )
**LISA MADIGAN, State Of Illinois.**            )    _____
(State where judgment entered)                  )

### PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1.  Name and location of court where conviction entered: **Cook County Criminal Court's Building,**

**Cook County Circuit Court, 2650 S. California Ave., Chicago, IL 60608.**

2.  Date of judgment of conviction: **June 1, 1999.**

3.  Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

    **First Degree Murder**_____

4.  Sentence(s) imposed: **Thirty-Four (34) years.**

5.  What was your plea? (Check one)      (A) Not guilty    ( **X** )
                                         (B) Guilty        (   )
                                         (C) Nolo contendere (   )

    If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

    _____

## PART 1 – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):        Jury ( **X** )        Judge only (  )

2. Did you testify at trial?        YES (  )        NO    ( **X** )

3. Did you appeal from the conviction or the sentence imposed? YES ( **x** )  NO (  )

    (A)  If you appealed, give the

        (1)   Name of court:   **First District Appellate Court Of Illinois.**

        (2)   Result:   **Affirmed.**

        (3)   Date of ruling:   **May 15, 2001.**

        (4)   Issues raised:   **1). Petitioner was denied a fair trial by the admission of expert testimony about gang hierarchy, irrelevant to motive, and 2). Under Whitney, 188 Ill.2d, 91 Barajas' consecutive sentences should run concurrent.**

    (B)  If you did not appeal, explain briefly why not:

4. Did you appeal, or seek leave to appeal, to the highest state court?  YES ( **X** )        NO (  )

    (A)  If yes, give the

        (1)   Result:   **Denied**

        (2)   Date of ruling:   **September 29, 2001.**

        (3)   Issues raised:

    (B)  If no, why not:

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes (  )  No **(XX)**

    If yes, give (A) date of petition: _____  (B) date *certiorari* was denied: _____

2

Revised: 7/20/05

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES (**X**)   NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court:   **Cook County Circuit Criminal Court Building**

   B. Date of filing:   **April 2, 2002.**

   C. Issues raised:   **1). Court erred in admitting testimony of gang expert; 2)Prosecutor's closing argument denied him a fair trial; 3). Appellate Counsel ineffective for not raising issue on appeal; and 4) Petitioner was denied his right to testify.**

   D. Did you receive an evidentiary hearing on your petition?        YES ( )   NO ( )

   E. What was the court's ruling?   **Dismissed.**

   F. Date of court's ruling:   **Court failed to forward him the dismissal order.**

   G. Did you appeal from the ruling on your petition?        YES (**X**)   NO ( )

   H. (a)   If yes, (1) what was the result?   **Affirmed**

   (2) date of decision:   **June 20, 2003**

   (b)   If no, explain briefly why not:

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES (**X**)   NO ( )

   (a)   If yes, (1) what was the result?   **Affirmed**

   (2) date of decision:   **N/A**

   (b)   If no, explain briefly why not:

3

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?    YES ( )    NO (**X**)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1.    Nature of proceeding    _____

        2.    Date petition filed    _____

        3.    Ruling on the petition    _____

        4.    Date of ruling    _____

        5.    If you appealed, what was
            the ruling on appeal?    _____

        6.    Date of ruling on appeal    _____

        7.    If there was a further appeal,
            what was the ruling ?    _____

        8.    Date of ruling on appeal    _____

3    With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?    YES ( )    NO (**X**)

    A. If yes, give name of court, case title and case number. _____

    _____

    B. Did the court rule on your petition? If so, state

        (1) Ruling:    _____

        (2)    Date:    _____

4.    With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?    YES ( )    NO (**X**)

    If yes, explain: _____

    _____

Revised: 7/20/05

## PART III – PETITIONER'S CLAIMS

1.   State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A)  Ground one  **Petitioner is unlawfully imprisoned and denied a fair trial.**
Supporting facts (tell your story briefly without citing cases or law):

**Petitioner is being unlawfully restrained in imprisonment in violation of the United**

**States Constitution as a result of being denied a state court fair trial by the admission**

**of expert testimony about gang hierarchy, drug-selling, and "Rules" prohibiting gang**

**members from testifying against other members, where the testimony was inflammatory,**

**irrelevant to the issue of motive, and invaded the jury's province by bolstering the**

**credibility of prior inconsistent statements made by other State witnesses.**

(B)  Ground two  **Petitioner is being unlawfully imprisoned on improper State Remarks.**
Supporting facts:

**Petitioner is being unlawfully restrained in imprisonment in violation of the United**

**States Constitution as a result of the prosecutor's remarks in closing argument at**

**trial that alleged various accusations and insinuations not based upon nor supported**

**by any evidence, were improper, and caused irreparable prejudice, and petitioner**

**a fair trial and due process.**

5

Revised: 7/20/05

(C) Ground three **Petitioner is being unlawfully imprisoned on consecutive sentences.**
Supporting facts:

**Petitioner is being unlawfully restrained in imprisonment in violation of the United**

**States Constitution.  Under People v. Whitney, 188 Ill.2d 91, 720 N.E.2d 255 (1999),**

**Petitioner's consecutive sentences for First Degree Murder and Aggravated Discharge**

**Of A Firearm must be modified to run concurrently as a matter of law under both**

**the Constitution of the State of Illinois and the Constitution of United States.**

(D) Ground four **Petitioner is being unlawfully imprisoned under ineffective Appellate**
Supporting facts: **Counsel**

**Petitioner is being unlawfully restrained in imprisonment in violation of both the**

**Constitution of the State of Illinois and the Constitution of United States, and was**

**denied his right to effective and adequate representation stand on Appellate Review,**

**when Appellate Counsel failed to brief and argue, including, but not limited to,**

**raise that prosecutor's closing remarks at trial severely prejudiced petitioner and**

**denied him a right to a fair trial, and failed to brief that he was denied his right to**

**testify in his own behalf in defense of the allegations against him.**

2.  Have all grounds raised in this petition been presented to the highest court having jurisdiction?

YES ( x )   NO ( )

3.  If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

Revised: 7/20/05

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A)  At preliminary hearing  **Cook County Public Defender's Office.**

(B)  At arraignment and plea  **Cook County Public Defender's Office.**

(C)  At trial  **Cook County Public Defender's Office.**

(D)  At sentencing  **Cook County Public Defender's Office.**

(E)  On appeal  **Ann C. McCallister, Assistant Appellate Defender's Office.**

(F)  In any post-conviction proceeding  **Pro-se.**

(G)  Other (state):  **N/A**

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES (  )   NO ( **x** )

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: *3/21/08*
(Date)

*BARAJAS*
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

*Barajas*
(Signature of petitioner)

**#K-72799**
(I.D. Number)

**Pinckneyville C.C., P.O. Box 999,**
(Address)
**Pinckneyville, IL  62274**
City          State                    Zip

Revised. 7/20/05