

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08cv1809
JUDGE GUZMAN
MAG. JUDGE ASHMAN

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. JOSE BARAJAS

**Defendant(s):** DANIAL AUSTIN, et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Jose Barajas
K-72799
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

FILED
JN
MAR 28 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** a. E. Woodham   **Date:** 03/28/2008