UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jose Barajas
                Plaintiff,

v.                                        Case No.: 1:08–cv–01809
                                                Honorable Ronald A. Guzman

Danial Austin
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Petitioner Jose Barajas has failed to pay the filing fee or submit an in forma pauperis application in accordance with the Courts April 8, 2008 order. The Court warned petitioner that failure to comply would result in dismissal. Accordingly, the Court dismisses the petition without prejudice. Fed. R. Civ. P. 41(b); Local Rule 3.3. Civil case terminated. Any pending motions or schedules are stricken as moot. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.